1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  FRANCISCO ZEPEDA PULIDO

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  No. 2:10-mj-192 EFB
                                     )
11            Plaintiff,             )  **STIPULATION AND ORDER**
                                     )  **TO CONTINUE PRELIMINARY HEARING**
12       v.                          )
                                     )  Date:  July 20, 2010
13  FRANCISCO ZEPEDA PULIDO,         )  Time:  2:00 p.m.
                                     )  Judge: Hon. Kendall J. Newman
14            Defendant.             )
                                     )
15  _____ )

16       The parties hereby stipulate and request that the Court continue

17  the preliminary hearing scheduled for July 20, 2010, at 2:00 p.m., to

18  August 3, 2010, at 2:00 p.m., before the duty magistrate judge.

19       Counsel for Mr. Pulido requires additional time to review

20  discovery and confer with Mr. Pulido.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28                                   1

1    The parties agree that the above reasons constitute good cause to

2 extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and

3 that the Court should extend the time within which the government must

4 file an indictment to August 3, 2010.  See 18 U.S.C. § 3161(h)(7)(A)

5 and (B) [Local Code T4].

6                                    Respectfully submitted,

7 Dated: July 19, 2010              DANIEL J. BRODERICK
                                    Federal Defender
8
                                    /s/ M.Petrik
9                                   _____
                                    MICHAEL PETRIK, Jr.
10                                  Assistant Federal Defender

11

12 Dated: July 19, 2010             BENJAMIN B. WAGNER
                                    United States Attorney
13
                                    /s/ M.Petrik for Daniel S. McConkie
14                                  _____
                                    DANIEL S. McCONKIE
15                                  Assistant U.S. Attorney

16

17                        **O R D E R**

18    Upon finding good cause, the Court orders the preliminary hearing

19 continued to August 3, 2010, at 2:00 p.m., before the duty magistrate

20 judge; and, time excluded as set forth above for the reasons set forth

21 above.

22    IT IS SO ORDERED.

23

24 Dated: July 19, 2010             /s/ Kendall J. Newman
                                    HON. KENDALL J. NEWMAN
25                                  United States Magistrate Judge

26

27

28                                   2